THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ELISHEVA L. ROSEN**
*Litigating Senior Counsel*
*Phone (212) 356-3522*
*Fax (212) 356-2089*
*E-mail erosen@law.nyc.gov*

September 28, 2026

**Via ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Drilon Berdynaj v. City of New York
Civil Action No.: 26-CV-02126

Dear Justice Willis:

I am a Litigating Senior Counsel in the Office of office of Steven Banks, Corporation Counsel of the City of New York, the attorney for Defendants in the above-referenced matter. Defendants writes, pursuant to Rule I(C) of Your Honor's Individual Practice in Civil Cases, to respectfully request a 30 day extension of time, from October 5, 2026 to November 5, 2026, for the Defendants to respond to the Amended Complaint. This is the City's fourth request for an extension of time to respond to the Amended Complaint and the Individual Defendants' second extension request overall. Plaintiff stated that he is "willing to consent to your requested 30-day extension through November 4, 2026, provided that the same order gives Plaintiff 45 days after service of Defendants' motion to dismiss to file his opposition."

An extension is needed because I have not had sufficient time to prepare a response to the Amended Complaint. Plaintiff filed a preliminary injunction request on August 3, 2026 (see ECF Dkt. Nos. 34-36). The District Judge denied the City's request for an extension of time to respond to the preliminary injunction and so I had to devote significant time to responding to the preliminary injunction instead of to the Amended Complaint. Plaintiff then appealed and I have devoted significant time to assisting the appeals attorney get up-to-date on the procedural posture.

Additionally, Plaintiff added six individual defendants and had refused to consent to a collective extension. As such, I had to track down each individual defendant, conduct their representation interviews, and then file separate extension requests for each individual defendant.

This piecemeal response took extensive time and prevented me from a proper response to the Amended Complaint.

In addition to adding six new defendants, Plaintiff added 14 new causes of action. As a result, I cannot reply on my original motion to dismiss and I need to draft an entirely new document.

Additionally, as I previously advised opposing counsel and the Court, I observe the Jewish religious holidays. While most of the Jewish holidays, except Yom Kippur, are on the weekend this year, that does not obviate the time needed to prepare for the holiday and engage in holiday related travel. As such, I am essentially only working parttime or 3-4 days a week while balancing a 23 case caseload, all with their own competing deadlines and responsibilities, including, but not limited to, a 50-h hearing, summary judgment briefing in Samuels v. City (22-CV-01904), motion to dismiss briefing in Brutus v. Kelch et al (26-CV-01339), settlement conference in Walls v. City et. al. (156492/2024), motion to dismiss briefing in Huntley v. City et. al. (154600/26), motion briefing in Lax v. CUNY et. al. (504682/2021), and discovery responses in Callahan v. City et. al. (160680/2022).

Moreover, once the draft response is completed, it will need to undergo two additional internal layers of review before it can be approved for filing. As such, an extension of time is also requested so this Office may prepare a proper response to the Amended Complaint.

Accordingly, for the reasons set forth above, I respectfully seek a 30-day extension of time to respond to the Amended Complaint until November 5, 2026. I thank the Court for its attention and consideration of this request.

Respectfully submitted,

/s/ Elisheva L. Rosen
Elisheva L. Rosen
Litigating Senior Counsel

cc: Cyrus E. Dugger
Attorney for Plaintiff
The Dugger Law Firm, PLLC
28-07 Jackson Ave., 5th Fl.
Long Island City, NY 11101
646-560-3208
cd@theduggerlawfirm.com

Honorable Dale Ho (by ECF)
United States District Judge

Application **GRANTED**. Defendant shall answer or otherwise respond to the amended complaint by **November 5, 2026**. Plaintiff shall file any opposition to a motion to dismiss by **December 21, 2026**. Defendant shall file any reply by **January 5, 2027**. The Clerk of Court is respectfully directed to terminate ECF No. 68.

SO ORDERED.

Dated: September 29, 2026
New York, New York

Dale E. Ho
United States District Judge